AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Arnold Wiggins, Jr.  **JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 04-CV-85E

v.

Buffalo Police Department, et al

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the claims against the City of Buffalo, the Buffalo Police Department, and the arresting and charging officers, Munzo, Perez, Ltn, Lyon and Kruz are dismissed pursuant to 28 U.S.C. section 1915(e)(2)(B).

Date: May 25th, 2005                                    RODNEY C. EARLY, CLERK

                                                By:    s/Deborah M. Zeeb
                                                         Deputy Clerk